AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| BARKAN WIRELESS IP HOLDINGS, L.P., <br><br> *Plaintiff(s)* <br> v. <br> T-MOBILE US, INC., T-MOBILE USA, INC., NOKIA CORPORATION, and NOKIA OF AMERICA CORPORATION, <br><br> *Defendant(s)* | ) ) ) ) ) ) Civil Action No. 2:21-cv-34 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NOKIA CORPORATION
C/O NOKIA OF AMERICA CORPORATION
C/O CORPORATION SERVICE COMPANY D/B/A
CSC-LAWYERS INCORPORATING SERVICE
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA 95833

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Max L. Tribble, Jr.
Texas State Bar No. 20213950
Justin Nelson
Texas State Bar No. 24034766
SUSMAN GODFREY, L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   4/1/21                               David A. O'Poole
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nokia Corporation C/O Nokia of America Corporation
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Nicole Stauss, Client Rep , who is
designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company
11:18am on *(date)* 4/01/21 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/1/2021

*Server's signature*

Michael Morris, RPS
*Printed name and title*

First Legal
3600 Lime St #626
Riverside CA 92501

*Server's address*

Additional information regarding attempted service, etc: