IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BARKAN WIRELESS IP HOLDINGS, L.P.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**T-MOBILE US, INC., T-MOBILE USA, INC., NOKIA CORPORATION, and NOKIA OF AMERICA CORPORATION,**<br><br>　　　　Defendants. | **Civil Action No. 2:21-cv-00034-JRG**<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Barkan Wireless IP Holdings, L.P. ("Barkan"), through its undersigned counsel, hereby moves to dismiss Nokia Corporation without prejudice and without cost to any party.

Dated: April 14, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Max L. Tribble, Jr.*
　　　　　　　　　　　　　　　　　　　　Max L. Tribble, Jr. – Lead Counsel
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 20213950
　　　　　　　　　　　　　　　　　　　　Justin Nelson
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24034766
　　　　　　　　　　　　　　　　　　　　**SUSMAN GODFREY, LLP**
　　　　　　　　　　　　　　　　　　　　1000 Louisiana Street, Suite 5100
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　Telephone: (713) 651-9366
　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 654-6666
　　　　　　　　　　　　　　　　　　　　mtribble@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　　jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988
**SUSMAN GODFREY, LLP**
1201 Third Ave., Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

William D. O'Connell
New York State Bar No. 5491014
**SUSMAN GODFREY, LLP**
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
boconnell@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Robert Allen Bullwinkel
Texas State Bar No. 24064327
Blaine Andrew Larson
Texas State Bar No. 24083360
**HEIM, PAYNE & CHORUSH, LLP**
Heritage Plaza
1111 Bagby Street
Suite 2100
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
blarson@hpdlp.com
mheim@hpcllp.com
abullwinkel@hpcllp.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770

ccapshaw@capshawlaw.com
ederieux@capshawla.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@wsfirm.com
claire@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff Barkan Wireless IP Holdings, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service by email.

*/s/ Max L. Tribble, Jr.*

Max L. Tribble, Jr.