# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| BARKAN WIRELESS IP HOLDINGS, L.P., § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:21-CV-00034-JRG <br> T-MOBILE US, INC., T-MOBILE USA, § <br> INC., NOKIA OF AMERICA § <br> CORPORATION, § <br> § <br> *Defendants.* § | |

## ORDER

Before the Court is the Unopposed Motion for Expedited Briefing (the "Motion") filed by Defendants Nokia of America Corporation, T-Mobile US, Inc., and T-Mobile USA, Inc. (collectively, "Defendants"). (Dkt. No. 71). In the Motion, Defendants request that the Court order Plaintiff Barkan Wireless IP Holdings, L.P. ("Barkan") to file an expedited responsive brief to Defendants' Motion for Entry of Order Focusing Patent Claims and Prior Art (Dkt. No. 70). Defendants request that such response be limited to five (5) pages. Defendants indicate that Barkan does not oppose the requested relief.

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that Barkan shall file a response to Defendants' Motion for Entry of Order Focusing Patent Claims and Prior Art (Dkt. No. 70) by June 23, 2021. Such response shall be limited to five (5) pages.

**So ORDERED and SIGNED this 18th day of June, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE