**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BARKAN WIRELESS IP HOLDINGS, L.P.,**<br><br>*Plaintiff*,<br><br>V.<br><br>**T-MOBILE US, INC., T-MOBILE USA, INC., and NOKIA OF AMERICA CORPORATION,**<br><br>*Defendant*. | **Civil Action No. 2:21-cv-00034-JRG**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Nokia of America Corporation (collectively, "Defendants") hereby notify the Court that it has served its Invalidity Contentions, pursuant to P.R. 3-3 and 3-4, upon Plaintiff's counsel via electronic mail on June 23, 2021.

Dated: June 24, 2021

Respectfully submitted,

*/s/ John D. Haynes*
Deron R. Dacus (Texas Bar No. 00790553)
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1171
Facsimile:  (903) 581-2543
ddacus@dacusfirm.com

John D. Haynes
Holly H. Saporito
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile:  (404) 881-7777
john.haynes@alston.com

holly.saporito@alston.com

Darlena H. Subashi
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile:  (212) 210-9444
darlena.subashi@alston.com

Adam B. Ahnhut
**ALSTON & BIRD LLP**
2200 Ross Ave, Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3453
Facsimile:  (214) 922-3899
adam.ahnhut@alston.com

*Counsel for Defendant*
*Nokia of America Corporation*

        <u>*/s/ Matthew W. Cornelia*</u>
David E. Finkelson (*pro hac vice*)
Lead Attorney
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219-3916
Tel:  (804) 775-1000
Fax:  (804) 698-2016
dfinkelson@mcguirewoods.com

Jason W. Cook
Texas State Bar No. 24028537
Matthew W. Cornelia
Texas State Bar No. 24097534
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Tel:  (214) 932-6400
Fax:  (214) 932-6499
jcook@mcguirewoods.com
mcornelia@mcguirewoods.com

Robert W. Weber
Texas State Bar No. 21044800
**SMITH WEBER, L.L.P.**
5505 Plaza Drive
PO Box 6167
Texarkana, Texas 75503
Tel: (903) 223-5656
Fax: (903) 223-5652
bweber@smithweber.com

*Counsel for Defendants*
*T-Mobile US, Inc. and*
*T-Mobile USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2021, I electronically filed the foregoing Notice of Compliance with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing upon Counsel of Record.


                                         */s/ John D. Haynes*
                                         John D. Haynes