IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **BARKAN WIRELESS IP HOLDINGS, L.P.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**T-MOBILE US, INC., T-MOBILE USA, INC., and NOKIA OF AMERICA CORPORATION,**<br>　　　　Defendants. | **Civil Action No. 2:21-cv-00034-JRG**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF TECHNOLOGY TUTORIAL

COMES NOW, Plaintiff Barkan Wireless IP Holdings, L.P., ("Barkan") and attaches hereto its technology tutorial.

DATED: July 1, 2021                                   Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Max L. Tribble, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　 Max L. Tribble, Jr. – Lead Counsel
　　　　　　　　　　　　　　　　　　　　　　　　 Texas State Bar No. 20213950
　　　　　　　　　　　　　　　　　　　　　　　　 Justin Nelson
　　　　　　　　　　　　　　　　　　　　　　　　 Texas State Bar No. 24034766
　　　　　　　　　　　　　　　　　　　　　　　　 **SUSMAN GODFREY, LLP**
　　　　　　　　　　　　　　　　　　　　　　　　 1000 Louisiana Street, Suite 5100
　　　　　　　　　　　　　　　　　　　　　　　　 Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　　　　 Telephone: (713) 651-9366
　　　　　　　　　　　　　　　　　　　　　　　　 Facsimile: (713) 654-6666
　　　　　　　　　　　　　　　　　　　　　　　　 mtribble@susmangodfrey.com
　　　　　　　　　　　　　　　　　　　　　　　　 jnelson@susmangodfrey.com

　　　　　　　　　　　　　　　　　　　　　　　　 Matthew R. Berry
　　　　　　　　　　　　　　　　　　　　　　　　 Washington State Bar No. 37364
　　　　　　　　　　　　　　　　　　　　　　　　 Alexander W. Aiken
　　　　　　　　　　　　　　　　　　　　　　　　 New York Bar No. 5599832
　　　　　　　　　　　　　　　　　　　　　　　　 **SUSMAN GODFREY, LLP**
　　　　　　　　　　　　　　　　　　　　　　　　 1201 Third Ave., Suite 3800

Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

William D. O'Connell
New York State Bar No. 5491014
**SUSMAN GODFREY, LLP**
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019-6023
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
boconnell@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Robert Allen Bullwinkel
Texas State Bar No. 24064327
Blaine Andrew Larson
Texas State Bar No. 24083360
**HEIM, PAYNE & CHORUSH, LLP**
Heritage Plaza
1111 Bagby Street
Suite 2100
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
blarson@hpdlp.com
mheim@hpcllp.com
abullwinkel@hpcllp.com

S. Calvin Capshaw
Texas State Bar No. 03783900
**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
**WARD, SMITH & HILL, PLLC**

2

PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff Barkan Wireless IP Holdings, L.P.*