# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **BARKAN WIRELESS IP HOLDINGS, L.P.,** <br><br> Plaintiff, <br><br> v. <br><br> **T-MOBILE US, INC., T-MOBILE USA, INC., and NOKIA OF AMERICA CORPORATION,** <br><br> Defendants. | **Civil Action No. 2:21-cv-00034-JRG** <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

COMES NOW, William D. O'Connell of the law firm Susman Godfrey L.L.P., and applies to this Court for an Order allowing him to withdraw as counsel for Plaintiff Barkan Wireless IP Holdings, L.P. Counsel states that he is leaving the firm Susman Godfrey L.L.P. Plaintiff Barkan Wireless IP Holdings, L.P. will continue to be represented by attorneys Max L. Tribble Jr., Matthew R. Berry, Justin A. Nelson and Alexander W. Aiken of Susman Godfrey LLP; S. Calvin Capshaw and Elizabeth L. DeRieux of Capshaw Derieux LLP; and Michael F. Heim, Robert A. Bullwinkel, and Blaine A. Larson of Heim, Payne & Chorush LLP.

The attorney's withdrawal will not delay the action or prejudice the rights of any party.

The undersigned confirms compliance with LCvR11-c.

WHEREFORE, the undersigned respectfully requests that his Application to Withdraw be granted.

DATED: July 7, 2021

        Respectfully submitted,

        */s/ William D. O'Connell*
        Max L. Tribble, Jr. – Lead Counsel
        Texas State Bar No. 20213950
        Justin Nelson
        Texas State Bar No. 24034766
        **SUSMAN GODFREY, L.L.P.**
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002
        Telephone: (713) 651-9366
        Facsimile: (713) 654-6666
        mtribble@susmangodfrey.com
        jnelson@susmangodfrey.com

        Matthew R. Berry
        Washington State Bar No. 37364
        Alexander W. Aiken
        New York State Bar No. 5599832
        **SUSMAN GODFREY, L.L.P.**
        1201 Third Ave., Suite 3800
        Seattle, Washington 98101
        Telephone: (206) 516-3880
        Facsimile: (206) 516-3883
        mberry@susmangodfrey.com

        William D. O'Connell
        New York State Bar No. 5491014
        **SUSMAN GODFREY, L.L.P.**
        1301 Avenue of the Americas, 32nd Fl.
        New York, New York 10019-6023
        Telephone: (212) 336-8330
        Facsimile: (212) 336-8340
        boconnell@susmangodfrey.com

        S. Calvin Capshaw
        Texas State Bar No. 03783900
        ccapshaw@capshawlaw.com
        **CAPSHAW DERIEUX LLP**
        114 E. Commerce Ave.
        Gladewater, TX 75647
        Telephone (903) 845-5770

Michael F. Heim
Texas State Bar No. 09380923
Robert A. Bullwinkel
Texas State Bar No. 24064327
Blaine A. Larson
Texas State Bar No. 24083360
HEIM, PAYNE & CHORUSH, LLP
1111 Bagby St., Suite 2100
Houston, TX 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
abullwinkel@hpcllp.com
blarson@hpcllp.com

T. John Ward, Jr.
Texas State Bar No. 00794818
jw@wsfirm.com
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically incompliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 7th day of July, 2021.

*/s/ William D. O'Connell*
William D. O'Connell

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), counsel for all parties met and conferred regarding the relief requested above and have indicated they do not oppose the relief requested in this motion.

*/s/ William D. O'Connell*
William D. O'Connell
