IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARKAN WIRELESS IP HOLDINGS, L.P., § § § *Plaintiff*, § § v. § § T-MOBILE US, INC., T-MOBILE USA, § INC., NOKIA OF AMERICA § CORPORATION, § § *Defendants*. § | Case No. 2:21-cv-00034-JRG |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court issues this Order *sua sponte*. It is **ORDERED** that David Keyzer be appointed as the Court's technical advisor in the above-captioned case, with his fees and expenses to be assessed equally between Plaintiff and Defendants and timely paid as billed. Mr. Keyzer's contact information is as follows:

> David Keyzer
> Law Office of David Keyzer, P.C.
> 5170 Golden Foothill Parkway
> El Dorado Hills, CA 95762
> Phone: (916) 243-5259
> Email: david@keyzerlaw.com

The parties are **ORDERED** to send courtesy copies of claim construction briefs, exhibits, and technology tutorials in PDF form to david@keyzerlaw.com. If the document was filed with the Court, the copy must include the CM/ECF header. For claim construction materials that have already been filed, the filing party is **ORDERED** to provide copies to Mr. Keyzer within two business days. Otherwise, the filing party is **ORDERED** to provide copies to Mr. Keyzer no later than one business day after filing future claim construction material.

**SIGNED this 21st day of July, 2021.**

                                                ROY S. PAYNE
                                                UNITED STATES MAGISTRATE JUDGE