IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **BARKAN WIRELESS IP HOLDINGS, L.P.,** § § § **Plaintiff** § § § v. § § **T-MOBILE US, INC., T-MOBILE USA, INC., and NOKIA OF AMERICA CORPORATION,** § § § § § **Defendants.** § § | | Case No. 2:21-cv-00034-JRG<br><br>Jury Trial Requested |

## JOINT MOTION TO CONTINUE STAY OF ALL DEADLINES

Plaintiff Barkan Wireless IP Holdings, L.P. and Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Nokia of America Corporation (collectively, the "Parties") respectfully submit this Joint Motion to Continue Stay of All Deadlines for an additional seven (7) days, to Friday, February 25, 2022. The Parties have agreed to binding arbitration and have submitted their remaining disputes regarding the long-form agreement to Judge Folsom for his determination consistent with the Term Sheet. Judge Folsom has indicated he will make his ruling on the remaining provisions next week. This continuance is needed to accommodate Judge Folsom's schedule.

In view of these facts, the Parties respectfully request the Court to continue the stay for an additional seven (7) days, to Friday, February 25, 2022.

- 2 -

| | |
|---|---|
| Dated: February 16, 2022 | Respectfully submitted, |
| . | /s/ John D. Haynes |

Deron D. Dacus (Texas Bar No. 00790553)
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: (903) 705-1171
Facsimile: (903) 581-2543
ddacus@dacusfirm.com

John D. Hayes
Holly H. Saporito
Siraj M. Abhyankar
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
john.haynes@alston.com
holly.saporito@alston.com
shri.abhyankar@alston.com

Darlena H. Subashi
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
darlena.subashi@alston.com

Adam B. Ahnhut
**ALSTON & BIRD LLP**
2200 Ross Ave., Suite 2300
Dallas, Texas 75201
Telephone: (212) 922-3453
Facsimile: (212) 922-3899
adam.ahnhut@alston.com

*Counsel for Defendant Nokia of America Corporation*

/s/ David E. Finkelson

David E. Finkelson (pro hac vice)
Lead Attorney
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219-3916
Telephone:  (804) 775-1000
Facsimile:  (804) 698-2016
dfinkelson@mcguirewoods.com

Jason W. Cook
Texas State Bar No. 24028537
Matthew W. Cornelia
Texas State Bar No. 24097534
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone:  (214) 932-6400
Facsimile:  (214) 932-6499
jcook@mcguirewoods.com
mcornelia@mcguirewoods.com

Robert W. Weber
Texas State Bar No. 21044800
**SMITH WEBER, L.L.P.**
5505 Plaza Drive
PO Box 6167
Texarkana, Texas 75503
Telephone:  (903) 223-5656
Facsimile:  (903) 223-5652
bweber@smithweber.com

*Counsel for Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.*

*/s/ Matthew R. Berry*

Max L. Tribble, Jr.
Texas State Bar No. 20213950
Justin Nelson
Texas State Bar No. 24034766
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
mtribble@susmangodfrey.com
jnelson@susmangodfrey.com

Matthew R. Berry
Washington State Bar No. 37364
Alexander W. Aiken
Washington State Bar No. 55988
**SUSMAN GODFREY, LLP**
1201 Third Ave., Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
mberry@susmangodfrey.com
aaiken@susmangodfrey.com

Michael F. Heim
Texas State Bar No. 09380923
Robert Allan Bullwinkel
Texas State Bar No. 24064327
Blaine A. Larson
Texas State Bar No. 24083360
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby, Suite 2100
Houston, Texas 77002
Telephone:  (713) 221-2000
Facsimile:  (713) 221-2021
blarson@hpcllp.com
mheim@hpcllp.com
abullwinkel@hpcllp.com

S. Calvin Capshaw
Texas State Bar No. 03783900
Elizabeth L. DeRieux
Texas State Bar No. 05770585

**CAPSHAW DERIEUX LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea L. Fair
Texas State Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
jw@wsfirm.com
claire@wsfirm.com

*Attorneys for Plaintiff Barkan Wireless IP Holdings, L.P.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), I confirm that I have complied with the meet and confer requirement of Local Rule CV-7(h) and confirmed with counsel for Plaintiff via email on February 16, 2022 that Plaintiff joins in and does not oppose the relief requested in this motion.

*/s/ Michael Heim*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022 a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service by email.

*/s/Michael Heim*