IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BARKAN WIRELESS IP HOLDINGS, L.P., § <br> § <br> *Plaintiff,* § <br> § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:21-CV-00034-JRG <br> T-MOBILE US, INC., T-MOBILE USA, § <br> INC., NOKIA OF AMERICA § <br> CORPORATION, § <br> § <br> *Defendants.* § | |

## ORDER

Before the Court is the Joint Motion to Continue Stay of All Deadlines (the "Motion") filed by Plaintiff Barkan Wireless IP Holdings, L.P. and Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Nokia of America Corporation. (Dkt. No. 264). In the Motion, the parties request a seven (7) day extension of the previous stay granted in this case, noting that they have agreed to binding arbitration and have submitted their remaining disputes regarding their final long-form agreement to Judge Folsom for his determination consistent with the Term Sheet which they previously executed.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for an additional seven (7) days, until February 25, 2022, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 16th day of February, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE